Louis Kanya and Anna Kanya, Appellees, v. Mary Knific and Anna Saroz, Appellants.

Gen. No. 44,908.

S. J. Be-Hannesey, for appellants; Herbert W. Auw, for appellees; Ernest C. Reniff, of counsel. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full. Opinion filed March 21, 1950; released for publication April 21, 1950.